UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| HYOSUNG HEAVY INDUSTRIES CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant,<br><br>and<br><br>HITACHI ENERGY USA INC. and DELTA STAR INC.,<br><br>Defendant-Intervenors. | Court No. 26-03948<br>Judge Gary S. Katzmann |
| LS ELECTRIC CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant,<br><br>and<br><br>HITACHI ENERGY USA INC. and DELTA STAR INC.,<br><br>Defendant-Intervenors. | Court No. 26-03949<br>Judge Gary S. Katzmann |

**ORDER**

Upon consideration of defendant's consent motion to consolidate cases, and all other papers and proceedings in this case, it is hereby

ORDERED that defendant's motion is granted; and it is further

ORDERED that the above-captioned cases are consolidated under the lead case *Hyosung Heavy Industries Corporation v. United States et al.*, Consol. Ct. No. 26-03948.

Dated: ____________________
New York, New York

________________________________
Judge

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| HYOSUNG HEAVY INDUSTRIES CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant,<br><br>and<br><br>HITACHI ENERGY USA INC. and DELTA STAR INC.,<br><br>Defendant-Intervenors. | Court No. 26-03948<br>Judge Gary S. Katzmann |
| LS ELECTRIC CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant,<br><br>and<br><br>HITACHI ENERGY USA INC. and DELTA STAR INC.,<br><br>Defendant-Intervenors. | Court No. 26-03949<br>Judge Gary S. Katzmann |

**DEFENDANT'S CONSENT MOTION TO CONSOLIDATE CASES**

Pursuant to Rules 7 and 42(a) of the Rules of the United States Court of International Trade, defendant, the United States, respectfully requests that the Court consolidate the

following two cases: *Hyosung Heavy Industries Corporation v. United States et al.,* Ct. No. 26-03948; *LS Electric Co., Ltd., v. United States,* Ct. No. 26-03949. We request that the cases be consolidated under the first filed case, as *Hyosung Heavy Industries Corporation v. United States et al.,* Consol. Ct. No. 26-03948. We consulted with counsel for all parties with respect to this motion; on November 13, 2026, Melissa Brewer consented on behalf of Hitachi Energy USA Inc. and Delta Star Inc.; on November 17, 2026, Henry Almond consented on behalf of plaintiffs Hyosung Heavy Industries Corporation and LS Electric Co., Ltd.

Rule 42(a) provides that when actions involve "a common question of law or fact," the Court may order all the actions consolidated and may issue any other orders to avoid unnecessary costs or delay. The two cases identified above involve common questions of law or fact because they challenge the same final determination issued by the U.S. Department of Commerce in the antidumping duty order on Large Power Transformers from the Republic of Korea. *See* Large Power Transformers From the Republic of Korea: Final Results of Antidumping Duty Administrative Review; 2023-2024, 91 Fed. Reg. 52,670 (Dep't Commerce Aug. 14, 2026) ("Final Results"), and accompanying unpublished Issues and Decision Memorandum ("Final IDM").

Further, the administrative record, which contains the complete universe of the facts for the cases, is identical in each case. In this situation, consolidation will promote judicial and administrative efficiency, and because these cases have also been assigned to the same judge, consolidation would not result in any increased administrative burden on the Court.

Accordingly, we respectfully request that the Court consolidate the above-captioned cases into the lead case *Hyosung Heavy Industries Corporation v. United States et al.*, Consol. Ct. No. 26-03948.

Respectfully submitted,

JONATHAN D. GUYNN
Acting Assistant Attorney General

PATRICIA M. MCCARTHY
Director

DOUGLAS EDELSCHICK
Assistant Director

*/s/ Julius A. Halstead*
JULIUS A. HALSTEAD
Trial Attorney
United States Department of Justice
Civil Division, Commercial Litigation Branch
P.O. Box 480 | Ben Franklin Station
Washington, DC 20044
(202) 598-6726
julius.halstead@usdoj.gov

Attorneys for the United States

Dated: November 17, 2026

OF COUNSEL:

CHARLIE CHUNG
Attorney
Office of the Chief Counsel for Trade
Enforcement and Compliance
1401 Constitution Avenue N.W.
Washington, D.C. 20230
Tel: (202) 482-6297
Email: charlie.chung@trade.gov