UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| HYOSUNG HEAVY INDUSTRIES CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant,<br><br>and<br><br>HITACHI ENERGY USA INC. and DELTA STAR INC.,<br><br>Defendant-Intervenors. | Court No. 26-03948<br>Judge Gary S. Katzmann |
| LS ELECTRIC CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant,<br><br>and<br><br>HITACHI ENERGY USA INC. and DELTA STAR INC.,<br><br>Defendant-Intervenors. | Court No. 26-03949<br>Judge Gary S. Katzmann |

**ORDER**

Upon consideration of defendant's consent motion to consolidate cases, and all other papers and proceedings in this case, it is hereby

ORDERED that defendant's motion is granted; and it is further

ORDERED that the above-captioned cases are consolidated under the lead case *Hyosung Heavy Industries Corporation v. United States et al.*, Consol. Ct. No. 26-03948.

Dated: November 17, 2026
New York, New York

/s/ Gary S. Katzmann
Judge